**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **RICKY PATTERSON,** | ] | |
| | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **vs.** | ] | **No. 21-cv-04198-SLD** |
| | ] | |
| **STEPHANIE DOROTHY Warden of** | ] | |
| **Hill Correctional Center, et. al.** | ] | |
| | ] | |
| **Defendants.** | ] | |

**NOTICE OF APPEAL**

Now Comes the Plaintiff, by and through his Attorney, Darrell Dunham, and hereby

files his Notice of Appeal on behalf of the Plaintiff, Ricky Patterson, from the judgment granting

summary judgment as to the Defendants, Dorethy, McLaughlin, Williams, Stuart, and Range.

Dated: April 9, 2026                    /S Darrell Dunham
                                        Darrell Dunham
                                        ARDC No. 3124260
                                        808 West Main Street
                                        Carbondale, IL 62901
                                        618-490-1011
                                        Fax: 618-490-1017
                                        darrell.duham@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned Attorney affirms that he served the above document on the following attorney by filing the same with this Court's electronic filing system which in turn served the attorney listed below.

Evan CreelGould
ILLINOIS ATTORNEY GENERAL
Assistant Attorney General
500 South Second Street
Springfield, IL 62701
773-590-7875
Fax: 217-782-8767
evan.creelgould@ilag.gov; gls@ilag.gov

April 9, 2026

/S Darrell Dunham
Darrell Dunham